# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LOGAN M. CASTRO,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>RUSSELL A. STEWART, et al.,<br><br>　　　　Defendant(s). | Case No.: 2:19-cv-01856-JAD-NJK<br><br>**ORDER**<br><br>(Docket No. 11) |

Pending before the Court is Plaintiff's motion to extend the deadline to file an amended complaint. Docket No. 11. For good cause shown, the Court **GRANTS** the motion and extends the deadline 30 days. *Id.*

Plaintiff will have until September 14, 2020, to file an amended complaint, if the noted deficiencies in Docket No. 10 can be corrected. Failure to file an amended complaint will result in the recommended dismissal of the Reno Police Department without further opportunity to amend and the case will instead proceed only with respect to Defendant Stewart.

IT IS SO ORDERED.

Dated: August 12, 2020

　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1