UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Logan M. Castro,

    Plaintiff

v.

Russell A. Stewart, et al.,

    Defendants

Case No.: 2:19-cv-01856-JAD-NJK

**Order Adopting Report & Recommendation and Dismissing Claims against City of Reno**

[ECF No. 15]

In this excessive-force case, Plaintiff Logan M. Castro sues a Reno police officer whom he alleges hit him with a vehicle after Castro fled on foot, along with the City of Reno. The magistrate judge has reviewed Castro's amended complaint and recommends in a report and recommendation (R&R) that I dismiss his claims against the City of Reno because Castro seeks to hold the City liable under a *respondeat superior* theory, and the law does not allow him to do so.[1] The deadline for any party to object to that recommendation was August 29, 2020, and no party filed anything. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2] Having reviewed the R&R, I find good cause to adopt it, and I do.

---

[1] ECF No. 15 at 3.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 15] is ADOPTED** in its entirety.  **The claims against the City of Reno are DISMISSED.**  This case proceeds against Defendant Stewart only.

Dated: October 5, 2020

_____
U.S. District Judge Jennifer A. Dorsey